UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                            CASE NO. 09 B 36784
                                                                  CHAPTER 13
WACLAW GALDYN
HELENA GALDYN                                                     JUDGE JACQUELINE P COX

         DEBTORS                                                  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 62 | 8351 1ARR 8511ROBERT | $3,673.55 | $4,173.55 | $4,173.55 |
| Total Amount Paid by Trustee | | | | | $4,173.55 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-36784-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 20th day of November, 2014.

| | |
|---|---|
| Debtor:<br>WACLAW GALDYN<br>HELENA GALDYN<br>8511 S ROBERTS RD<br>JUSTICE, IL  60458 | Attorney:<br>LAWSON LAW GROUP<br>900 E 162ND ST #204<br>SOUTH HOLLAND, IL  60473<br>via Clerk's ECF noticing procedures |
| Creditor:<br>JPMORGAN CHASE<br>7255 BAYMEADOWS WAY<br>MAIL STOP JAXB2007<br>JACKSONVILLE, FL  32256 | Mortgage Creditor:<br>JPMORGAN CHASE BANK NA<br>2901 KINWEST PKWY<br>IRVING, TX  75063-5812 |

ELECTRONIC SERVICE - United States Trustee

Date:  November 20, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603